UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONAL HERNANDEZ GARCIA,

     Petitioner,

    v.                                              Case No.:  2:26-cv-01342-SPC-DNF

WARDEN, GLADES COUNTY
DETENTION CENTER *et al.*,

     Respondents,

                                /

## **OPINION AND ORDER**

Before the Court are Ronal Hernandez Garcia's Motion to Enforce Judgment and for Further Relief (Doc. 9) and the federal government's response (Doc. 11).

Hernandez Garcia is a noncitizen in immigration detention. The Court granted his habeas petition and ordered the government to bring him before an immigration judge for a bond hearing. On May 21, 2026, an immigration judge denied Hernandez Garcia's request for release on bond. Hernandez Garcia argues the bond hearing did not comply with the Court's order. The Court disagrees. The immigration judge considered evidence submitted by both sides and the factors enumerated in *Matter of Guerra*, 24 I&N Dec. 34 (BIA 2006) and *Sopo v. U.S. Attorney Gen.*, 825 F.3d 1199 (11th Cir. 2016). Hernandez Garcia also argues the immigration judge misapplied the law in

various ways, but this is not the venue to raise those arguments. The proper way to challenge the result of a bond hearing is appeal to the Board of Immigration Appeals. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Hernandez Garcia's motion (Doc. 9) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on June 1, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2